Gary L. Howard (Montana Bar No. 8456)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
ghoward@bradley.com
ph. 205.521.8000
Attorney for Defendant Washington National Insurance Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| **ANNA FABATZ and KEVIN EMERICK,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 2:18-cv-00034-BMM** |
| **v.** | ) ) | |
| **WASHINGTON NATIONAL INSURANCE COMPANY,** | ) ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Defendant.** | ) ) | |

**COME NOW** plaintiffs Anna Fabatz and Kevin Fabatz ("Plaintiffs") and defendant Washington National Insurance Company ("Defendant"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby present this stipulation of dismissal of all claims of Plaintiffs against Defendant in the above-styled action. The parties stipulate that they shall each bear their own attorneys' fees and costs.

This 23rd day of July, 2018.

/s/ Gary L. Howard
Gary L. Howard
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
ghoward@bradley.com

*Attorney for Defendant*


/s/Clark R. Hensley
Clark R. Hensley
Marie D. Kagie-Shutey
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P. O. Box 509
Butte, MT 59703
Telephone:  (406) 782-5800
Facsimile: (406) 723-8919
chensley@cpklawmt.com

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, Gary L. Howard, hereby certify that I have filed the foregoing with the Clerk of the Court using the ECF system, which sent notification to all counsel of record, on this, the 23rd day of July, 2018.

/s/ *Gary L. Howard*
Gary L. Howard