IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| ANNA FABATZ and KEVIN EMERICK, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | Case No. 2:18-cv-00034-BMM |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON NATIONAL INSURANCE COMPANY, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

**WHEREFORE,** Anna Fabatz and Kevin Fabatz ("Plaintiffs") and defendant Washington National Insurance Company ("Defendant") have filed a Joint Stipulation of Dismissal (Doc. 8) pursuant to the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that all claims of Plaintiffs against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

DATED this 24th day of July, 2018.

_____
Brian Morris
United States District Court Judge